UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
YONI ZOLDAN,

               Plaintiff,                             **Docket No.:** 2:22-cv-02212-GRB-SIL

       -against-                           **NOTICE OF MOTION TO**
                                            **WITHDRAW AS COUNSEL**

PETER LUGER, INC., and PETER LUGER
OF LONG ISLAND, INC.

               Defendants.

------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to Local Rule 1.4, it is hereby requested that the appearance of Emmanuelle Molina be withdrawn as counsel for Plaintiff Yoni Zoldan in this matter as the employment relationship with Mazzola Lindstrom LLP has been terminated. Plaintiff continues to be represented by Richard Lerner and other counsel of Mazzola Lindstrom.

      The undersigned counsel respectfully requests this Honorable Court enter an order granting the motion to withdraw.

Dated: May 25, 2022
       Suffolk County, New York                  Respectfully submitted,
                                       /s/ S.G. Emmanuelle Molina
                                    S.G. Emmanuelle Molina
                                    Tel: (631)875-3074
                                    sge.molina@gmail.com

                                  *Attorneys for the plaintiff Yoni Zoldan*